IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KEVIN BATES, § | |
| § | |
| Plaintiff/Counter-Defendant, § | |
| § | |
| v. § | Civil Action No. 4:19-cv-00065-O |
| § | |
| U.S. BANK NATIONAL § | |
| ASSOCIATION and OCWEN LOAN § | |
| SERVICING, LLC, § | |
| § | |
| Defendants/Counter-Plaintiffs/ § | |
| Third-Party Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| REGINA BATES, § | |
| § | |
| Third-Party Defendant. § | |

## AMENDED FINAL JUDGMENT

Pursuant to the Court's order dated June 10, 2020 (ECF No. 15) and order dated September 4, 2020 (ECF No. 20), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims in this matter are **dismissed with prejudice**, and Defendants' Counterclaim and Third-Party Complaint are **dismissed without prejudice**.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that any relief not specifically granted in this Amended Final Judgment is **DENIED.**

**SIGNED** this **4th day** of **September, 2020.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1